# IN THE SUPREME COURT OF THE STATE OF DELAWARE

USAA GENERAL INDEMNITY
COMPANY,

    Defendant Below,
    Appellant,

v.

HARRY BROWN,

    Plaintiff Below,
    Appellee.

§
§    No. 530, 2019
§
§
§
§    Court Below—Superior Court
§    of the State of Delaware
§
§
§    C.A. No. N17C-11-101
§
§
§
§

Submitted: August 12, 2020
Decided: August 25, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 25th day of August 2020, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its June 4, 2019 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice